■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY A. LATIMER, Appellant. [8 NYS3d 600]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 10, 2014 (*People v Latimer*, 120 AD3d 1264 [2014]), affirming a resentence of the County Court, Dutchess County, imposed March 15, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*,

463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Hall, Duffy and Barros, JJ., concur.